UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00310-CJC(ADSx)                              Date: May 17, 2022

Title: KENT SALVESON V. HALL ROSS KESSLER

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S *EX PARTE* APPLICATION TO STAY PROCEEDINGS [Dkt. 29]**

On May 17, 2022, Defendant filed an *ex parte* application to stay these proceedings based on his appeal of this Court's order denying his anti-SLAPP motion. (Dkt. 29.) Defendant wants this case stayed before the June 27, 2022 hearing on Plaintiff's motion for attorney's fees in relation to Defendant's anti-SLAPP motion. (Dkt. 25.) According to Defendant, it was appropriate to file his stay application *ex parte* because "[t]here is simply not sufficient time to have a regularly scheduled motion for stay be heard" in light of the impending hearing on Plaintiff's fee application. (Dkt. 29 at 4.) However, the common practice for this Court, consistent with this District's local rules, is to hear motions 28 days after they are filed. Defendant could easily file a regularly noticed motion to stay and set it for hearing on June 27, 2022 (the cutoff for that hearing date would be Monday, May 30, 2022). The Court would entertain the fee application and motion to stay on the same day, and of course, refrain from deciding the fee application if it grants a stay. If Defendant simply desires to avoid filing an opposition to Plaintiff's fee application, that is not good enough reason for *ex parte* relief.

\\
\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00310-CJC(ADSx)  Date: May 17, 2022
Page 2

Defendant's *ex parte* application is **DENIED** because it is not appropriate to proceed on an *ex parte* basis here. Defendant can, of course, seek a stay in a regularly noticed motion. He has ample time to do so.

MINUTES FORM 11
CIVIL-GEN                                                               Initials of Deputy Clerk RRP