UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 22-00310-CJC(ADSx)                         Date: June 16, 2022

Title: <u>KENT SALVESON V. HALL ROSS KESSLER</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                                   <u>     N/A     </u>
Deputy Clerk                                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER (Dkt. 40)**

This case is stayed. (Dkt. 42.) Shortly before the Court docketed its order staying the case, Defendant filed a motion to modify the scheduling order, which Defendant believes does not reflect his demand for a jury trial. (Dkt. 40.) Because this case is stayed, the Court **DENIES** the motion. The Court notes, however, that Defendant will not be held to have waived his right to a jury trial and will have an opportunity to demand a jury trial if and when he files an answer after the appeal of this Court's denial of his anti-SLAPP motion.

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk RRP